# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM A. HIMCHAK, III,** : | CIVIL ACTION NO. 1:14-CV-1640 |
| **Plaintiff** : | (Chief Judge Conner) |
| v. : | |
| **KATHLEEN KANE**, Attorney General : of the Commonwealth of Pennsylvania, : *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 22nd day of September, 2014, upon consideration of the motion (Doc. 10) for emergency injunctive relief filed by *pro se* plaintiff William A. Himchak ("Himchak") on September 19, 2014, wherein Himchak seeks a court order indefinitely continuing the tax sale of his property scheduled for today's date, (see id. at 8), and specifically contends that a pending appeal of his 2014 property tax assessment compels an automatic stay of all tax sale proceedings, (see id.), but it appearing that the scheduled tax sale pertains to a 2012 property tax assessment and not the appealed 2014 property tax assessment, (see id. Ex. 1 (notice of appeal hearing for 2014 tax assessment); Ex. 2 (correspondence from county director of tax services indicating that tax sale is the result of unpaid 2012 taxes)), and there being no indication in the record that Himchak has appealed or otherwise raised a legal

challenge to the 2012 property tax assessment, it is hereby ORDERED that

Himchak's motion (Doc. 10) for emergency injunctive relief is DENIED.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania