# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM A. HIMCHAK, III,** : | CIVIL ACTION NO. 1:14-CV-1640 |
| **Plaintiff** : | (Chief Judge Conner) |
| v. : | |
| **KATHLEEN KANE**, Attorney General of the Commonwealth of Pennsylvania, *et al.*, : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 23rd day of October, 2014, upon consideration of the fourth motion (Doc. 16) for reconsideration filed by *pro se* plaintiff William A. Himchak ("Himchak"), wherein Himchak seeks *vacatur* of the court's orders (Docs. 11, 13, 15, 17) denying his initial request for injunctive relief and his multiple motions seeking reconsideration of those rulings, and reiterates his belief that the court's orders improperly deprive him of his right to a jury trial, [1] (see Doc. 16 at 6), and the court for the fourth time reaffirming that Himchak's initial motion is without merit and that Himchak fails to state a valid basis for reconsideration of the court's orders, see Max's Seafood Café v. Quinteros, 176 F.3d 669, 677-78 (3d Cir. 1999); Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985), and the court admonishing Himchak that it will not entertain future motions for reconsideration and that his continued paper

---

[1] Himchak contends, for the second time, that the court's orders prematurely resolve his claims on the merits. As noted previously, (Doc. 17 at 2 n.1), resolution of Himchak's motion for injunctive relief is in no way dispositive to the claims stated in his complaint. To be clear, the court has not dismissed or otherwise disposed of Himchak's claims as a matter of law.

deluge on the court and unnecessary delay of these proceedings may result in sanctions, it is hereby ORDERED that:

1. Himchak's fourth motion (Doc. 18) for reconsideration is DENIED.

2. Any future filings by Himchak reasserting arguments raised in his initial motion for injunctive relief or his multiple motions seeking reconsideration thereof will be summarily stricken from the record and may result in sanctions.

3. This matter is REMANDED to Magistrate Judge Blewitt for further proceedings.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania